IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HELEN LOUISE FORT,

                                                    JUDGMENT IN A CIVIL CASE

     Plaintiff,

                                                    18-cv-196-bbc

v.

JAMES ROGER MATLOUCK,

     Defendant.

---

     This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

     IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

| /s/ | 4/5/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |